AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Professional Holdings Unlimited, LLC<br><br>Plaintiff,<br><br>v.<br><br>Clear Imaging, LLC, et al,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-cv-10494-<br><br><br>Hon. Avern Cohn |

## SUMMONS IN A CIVIL ACTION

To:   Bearon Imaging, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Darryl Bressack
>Fink Associates Law
>38500 Woodward Avenue
>Suite 350
>Bloomfield Hills, MI 48304

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Worth
*Signature of Clerk or Deputy Clerk*

Date of Issuance: February 11, 2016



# Summons and Complaint Return of Service

Case No. 16-cv-10494-
Hon. Avern Cohn

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Bearon Imaging, LLC

Date of Service:   February 29, 2016

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

__X__ Other (specify):   I served the Summons and Complaint on Ben Gonek, counsel for Bearon Imaging, LLC, via email on February 29, 2016, and he accepted service on behalf of Bearon Imaging, LLC.

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $__0__

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Nathan J. Fink

Signature of Server:   *[signature]*

Date:   February 29, 2016

Server's Address:   38500 Woodward Ave, Suite 350
Bloomfield Hills, MI 48304