UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PROFESSIONAL HOLDINGS
UNLIMITED, LLC,

    Plaintiff,

v.

CLEAR IMAGING, LLC, HORIZON IMAGING, LLC, CORKAT, LLC, BEARON IMAGING, LLC, GLOBAL MANAGEMENT PARTNERS, LLC, MANN GLOBAL, LLC, CORY MANN and SCOTT ZACK,

    Defendants.

Case No.: 2:16-cv-10494

Hon. Avern Cohn
Magistrate Judge David Grand

_____/

## STIPULATION OF VOLUNTARY DISMISSAL AND ORDER PROVIDING LEAVE FOR PLAINTIFF TO REFILE THIS MATTER IN STATE COURT

This matter having come before the Court on stipulation of the parties, and the Court being otherwise duly advised in the premises;

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses its claims against Defendants for the reason that as of this date, the Court lacks subject matter jurisdiction because Defendant Scott Zack claims Florida residency, meaning there is not complete diversity of the parties. This dismissal shall be without prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS ORDERED that PHU may refile this matter in state court in Michigan.

Dated:  August 1, 2016                                     s/Avern Cohn
                                                          HON. AVERN COHN
                                                          United States District Court Judge

The undersigned stipulate to the entry of this order.

/s/ David H. Fink                          /s/ Ben M. Gonek (with consent)
David H. Fink (P28235)                     Ben M. Gonek (P43716)
Darryl Bressack (P67820)                   LAW OFFICES OF BEN M. GONEK
Nathan J. Fink (P75185)                    *Attorney for Defendants*
FINK + ASSOCIATES LAW                      615 Griswold Street, Suite 1116
*Attorneys for Plaintiff*                  Detroit, MI 48226
38500 Woodward Ave.; Suite 350             Tel: 313.963.3377
Bloomfield Hills, MI 48304                 ben@goneklaw.com
Tel: 248.971.2500; Fax: 248.971.2600
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com
nfink@finkandassociateslaw.com